USDC IN/ND case 4:20-cv-00051-APR document 1 filed 11/14/19 page 1 of 10

INSD Pro Se Employment Discrimination Complaint 4/19 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
NOV 14 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

_Adam Smith_
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

_Indiana Packers Corporation_
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _1:19-cv-4563 TWP-MPB_
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

USDC IN/ND case 4:20-cv-00051-APR   document 1   filed 11/14/19   page 2 of 10

INSD Pro Se Employment Discrimination Complaint 4/19 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   - Name: Adam Smith
   - Street Address City and County State and Zip Code: 1620 Silver St, Logansport IN 46947
   - Telephone Number: 773 407-5069
   - E-mail Address: mrasmith1122@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

   Defendant No. 1
   - Name: Indiana Packers Corporation
   - Job or Title *(if known)*:
   - Street Address City and County State and Zip Code: 6755 W 100 N, Delphi, IN 46923
   - Telephone Number: 765 544-3480
   - E-mail Address *(if known)*:

   Defendant No. 2
   - Name:
   - Job or Title *(if known)*:
   - Street Address City and County State and Zip Code:
   - Telephone Number:
   - E-mail Address *(if known)*:

USDC IN/ND case 4:20-cv-00051-APR document 1 filed 11/14/19 page 3 of 10

INSD Pro Se Employment Discrimination Complaint 4/19 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

Defendant No. 3

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address *(if known)* _____

**C.**    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

    Name: Indiana Packers Corporation

    Street Address: 6755 W 100 N Delphi, IN

    City and County: 46923, Carroll County

    State and Zip Code:

    Telephone Number: 765 564-3480

**II.**    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

USDC IN/ND case 4:20-cv-00051-APR document 1 filed 11/14/19 page 4 of 10

INSD Pro Se Employment Discrimination Complaint 4/19 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

[✓] Other federal law *(specify the federal law)*:

_FMLA_

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

[ ] Failure to hire me.
[✓] Termination of my employment.
[✓] Failure to promote me.
[✓] Failure to accommodate my disability.
[✓] Unequal terms and conditions of my employment. Retaliation.
[ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

_03/18_ to _03/2019_

C. I believe that defendant(s) *(check one)*:

[ ] is/are still committing these acts against me. is/are
[✓] not still committing these acts against me.

USDC IN/ND case 4:20-cv-00051-APR document 1 filed 11/14/19 page 5 of 10

INSD Pro Se Employment Discrimination Complaint 4/19 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race
- [ ] color gender/sex
- [ ] religion national origin
- [ ] age *(year of birth)* 48 *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed. Additional Infor on back

On march 29, 2019 I, The Plantiff Adam Smith my Company Indiana Packers Corporation terminated my employment of 1 year and 11 month because I had to use the restroom during production time although I was under doctors care and had an FMLA case open *(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)* In addition Indiana Packers co. refused to promote me as I was intitle to an interview for any position i applied for

IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

4/01/2019

B. The Equal Employment Opportunity Commission *(check one)*:

- [ ] has not issued a Notice of Right to Sue letter.
- [x] issued a Notice of Right to Sue letter, which I received on *(date)* _____

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- [x] 60 days or more have elapsed.
- [ ] less than 60 days have elapsed.

USDC IN/ND case 4:20-cv-00051-APR   document 1   filed 11/14/19   page 6 of 10

INSD Pro Se Employment Discrimination Complaint 4/19 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I Adam Smith was good productive employee until i hurt my back which caused the need for medication which caused a spike in my use of the Restroom. I would like Finacial Compensation for my untimdy termination*

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/14/2019

Signature of Plaintiff: *Adam Smith*

Printed Name of Plaintiff: Adam Smith

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

On March 29, of 2019 I, Adam Smith was working at Indiana Packers Corp in their loin line department.

It was about 6:15 when I felt the need to relieve myself in the restroom. I asked my supervisor Louis Pena could I be excused. I was told that he would find someone to relieve me. 20 minutes went by and my supervisor was nowhere to be found, so I continued to wait until about 17 minutes later when he finally returned 37 minutes have elapsed since the time I originally had to go which means I was holding it. When I Adam Smith asked Louis Pena again he said I had to further wait I told Mr. Pena I could not wait and would not wait because I

have a doctors note on file in the nurses office which states I can go to the restroom anytime as needed. Mr. Pena told me to go to restroom finally, but also stated that he was going to write me up for the incident and to report to his office afterwards. I Adam Smith told Mr. Pena that I wanted to goto the nurse's office first because after waiting nearly 40 minutes to goto restroom I was cramping and didnt know why. Once in the office mr Pena goes on to say my doctor's note has expired and we don't have to let you goto the restroom anymore during production. I said that bull and Mr. Pena terminated me


In addition to those incidents I Adam Smith have been trying to set a promotion, or transfer to another department in an attempt to get away from the managers on the loin line cut floor Due to retatitorial treatment from Louis Pena, Nathanal Smith, Tony Skelton, Curt Radissdorf from an incident where I reported them to HR for giving me a loin puller position mainly due to there being no one who wanted the position to taking it from me after 3 months and giving it to a Returning

employee who was there friend, who was white, and who did not have any long-term experience at that position. Tony Skelton and Curt Radissdorf asked me did i report them, I said yes and from that point on I became the subject of harrsment, unjustly suspended and finally not being given an iterview for any of the 10 positions i Applied for